JohnSnyder, Appellant, v. John F. Hylan, as Mayor of the City of Nevork, and Others, Respondents.— Order affirmed, without costs, and delants' motion to dismiss the appeal denied, without costs. No

opinion.   Jenks, P. J., Putnam, Kelly and Jaycox, JJ.,red; Black-mar, J., not voting.